FILED

SEP 1 - 2009

U.S. DISTRICT COURT
CLARKSBURG, WV 26301

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| v. | Criminal No. 1:09cr97 |
| WILLIAM JAMES ROLLYSON, | Violations: 26 USC §7203 |
| Defendant. | |

**The Grand Jury charges:**

## COUNT ONE
**(Failure to file an income tax return)**

On or about April 15, 2004, at or near Bridgeport, in the Northern District of West Virginia, defendant, **WILLIAM JAMES ROLLYSON,** having received gross income in the approximate amount of $102,523.00, and being a person required under Title 26 of the United States Code and by regulations made under authority thereof, to make an income tax return did willfully fail to make such a return for tax year 2003 at the time required by law and regulations; in violation of Title 26, United States Code, Section 7203.

## COUNT TWO
**(Failure to file an income tax return)**

On or about April 15, 2005, at or near Bridgeport, in the Northern District of West Virginia, defendant, **WILLIAM JAMES ROLLYSON,** having received gross income in the approximate amount of $122,135.00, and being a person required under Title 26 of the United States Code and by regulations made under authority thereof, to make an income tax return did willfully fail to make such a return for tax year 2004 at the time required by law and regulations; in violation of Title 26, United States Code, Section 7203.

## COUNT THREE
**(Failure to file an income tax return)**

On or about April 15, 2006, at or near Bridgeport, in the Northern District of West Virginia, defendant, **WILLIAM JAMES ROLLYSON,** having received gross income in the approximate amount of $133,603.00, and being a person required under Title 26 of the United States Code and by regulations made under authority thereof, to make an income tax return did willfully fail to make such a return for tax year 2005 at the time required by law and regulations; in violation of Title 26, United States Code, Section 7203.

## COUNT FOUR
### (Failure to file an income tax return)

On or about April 15, 2007, at or near Bridgeport, in the Northern District of West Virginia, defendant, **WILLIAM JAMES ROLLYSON,** having received gross income in the approximate amount of $140,362.00, and being a person required under Title 26 of the United States Code and by regulations made under authority thereof, to make an income tax return did willfully fail to make such a return for tax year 2006 at the time required by law and regulations; in violation of Title 26, United States Code, Section 7203.

## COUNT FIVE
### (Failure to file an income tax return)

On or about April 15, 2008, at or near Bridgeport, in the Northern District of West Virginia, defendant, **WILLIAM JAMES ROLLYSON,** having received gross income in the approximate amount of $107,490.00, and being a person required under Title 26 of the United States Code and by regulations made under authority thereof, to make an income tax return did willfully fail to make such a return for tax year 2007 at the time required by law and regulations; in violation of Title 26, United States Code, Section 7203.

A True Bill,

/s/
Grand Jury Foreperson
(Signature on File)

/s/ Sharon L. Potter
SHARON L. POTTER
United States Attorney